## Goldblatt Brothers, Inc., Appellee, v. S. R. Jorgensen, Appellant.

**Gen. No. 43,653.**

opinion filed April 8, 1946; rehearing denied April 22, 1946; released for publication April 23, 1946. Chancellor & Chancellor, for appellant; Bernard Brown and William A. Goldman, for appellee; Bernard Rosencranz, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.